ROTHMAN ROCCO, LLP
3 West Main Street – Suite 200
Elmsford, New York 10523
T: (914) 478-2801
F: (914) 478-2913
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROSALBA PEREZ, AJAY BORZONI, JOSH WINTER, SHULEM STERNHILL, AS TRUSTEES OF THE UNITED PRODUCTION WORKERS UNION LOCAL 17-18 WELFARE FUND, <br><br> Plaintiffs, <br><br> -against- <br><br> TRI-STATE SURGICAL SUPPLY & EQUIPMENT LTD., a.k.a. TRI-STATE SURGICAL SUPPLY, a.k.a. MBS LTD., <br><br> Defendant. | Civil Action No.: 25-CV-07073-OEM-MMH <br><br> **AFFIDAVIT OF SERVICE** |

Christina Margiotta, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides in Elmsford, New York. That on the 16th day of January, 2026, deponent served the within Court's Scheduling Order [Dkt. 8], Judges Rules [Dkt. 8-1], and Proposed Discovery Plan [Dkt. 8-2] and a copy of the court docket, upon Tri-State Surgical Supply & Equipment Ltd., a.k.a Tri-State Surgical Supply, a.k.a. MBS Ltd., 409 Hoyt Street, Brooklyn, New York 11220, Attention: Esti Zirkind, at the address designated by said attorney for that purpose via email (ezirkind@tristatesurgical.com) and (payroll@tristatesurgical.com), First Class mail and Overnight Delivery for that purpose by depositing a true copy of same enclosed in a post-paid, properly addressed wrapper with Federal Express (Tracking Number: 8879 6625 5140) within the State of New York.

Civil Action No.: 25-CV-07073-OEM-MMH
**AFFIDAVIT OF SERVICE**

CHRISTINA MARGIOTTA

Sworn to before me this
16th day of January, 2026

Notary Public

GARY ROTHMAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 02RO4731581
Qualified in Rockland County
My Commission Expires 04-30-2026

2